## SWISHER INTERNATIONAL, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 02–1246.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).